IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

**IN THE MATTER OF:**  **CASE NO: 18-10037**
**FRANK, LEROSHEIA ANN**

SECTION "B"
CHAPTER 7

**DEBTOR(S)**

### TRUSTEE'S PETITION OF DISCLAIMER AND ABANDONMENT

To: The Honorable Jerry A. Brown, Bankruptcy Judge

The petition of the undersigned Trustee of the estate of the above named debtor(s), with respect represents:

On the ground that there is no equity in the hereinafter described property for the estate of the above named debtor(s), over and above such exemptions as may apply thereto, or that if there is any such equity, it is not sufficient to justify administration.

The undersigned Trustee (in his official capacity under Federal law) as representative of the estate of the debtor(s), does by these presents, subject to the approval of this Court (which approval is hereby prayed for), disclaim and abandon all such right, title and interest of the said debtor(s)'s estate in and to the following described property:

2006 Ford Taurus.

/s/ Ronald J. Hof
**Ronald J. Hof**
**Chapter 7 Trustee**
9905 Jefferson Hwy.
River Ridge, Louisiana 70123
Tel: 504-305-1591