## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF LOUISIANA

**IN THE MATTER OF:**                            **CASE NO: 18-10037 B**

**FRANK, LEROSHEIA ANN**
                                                 **CHAPTER 7**
**DEBTOR(S)**

### ORDER

**IT IS ORDERED** that the actions of Ronald J. Hof, Trustee, be approved, and that he is hereby authorized to abandon property of the estate described in his Trustee's Petition of Disclaimer and Abandonment and that the entry of this order shall be deemed to constitute the abandonment of said property by the Trustee.

New Orleans, Louisiana, February 16, 2018.

*J. A. Brown*
Hon. Jerry A. Brown
U.S. Bankruptcy Judge